Filed 1/23/24  P. v. Geller CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| THE PEOPLE, | C098064 |
| Plaintiff and Respondent, | (Super. Ct. No. 22FE001459) |
| v. | |
| ELIJAH GELLER, | |
| Defendant and Appellant. | |

Defendant Elijah Geller pled no contest to robbery, admitted he had been convicted of a serious felony, and admitted that another participant of the robbery was armed with a handgun.  The trial court sentenced him to 13 years in prison.

Defendant appeals.  His appointed counsel filed an opening brief raising no legal issues and asking this court to independently review the record pursuant to *People v. Wende* (1979) 25 Cal.3d 436.  Having done so, we affirm.

FACTUAL AND PROCEDURAL BACKGROUND

The People charged defendant with robbery and burglary and alleged he committed the robbery in concert with two or more other people while another participant was armed with a handgun.  The People also alleged defendant had personally used a firearm in committing the offenses and had been convicted of a serious felony.

On the day set to begin defendant's trial, the parties agreed to a negotiated plea agreement.  Before pleading, defendant moved to continue trial to permit him to retain counsel.  Defendant had no complaints about his appointed counsel.  The court confirmed that the negotiated plea agreement would be withdrawn if it granted defendant's request for a continuance, but defendant wanted to proceed with his motion.  The court then denied the motion as untimely because defendant made the motion the morning of trial, defendant did not have retained counsel ready to step in, and the codefendant was ready for trial.

Appointed counsel then objected that the People had not introduced sufficient evidence to prove defendant was 16 years old when he committed the prior serious felony.  The trial court confirmed defendant understood his counsel's objection but still wanted to admit that his prior conviction counted as a serious felony.  Defendant then pled no contest to robbery and admitted committing the robbery in concert with two or more other people.  Defendant also admitted that another participant was armed with a handgun during the robbery and admitted he had been convicted of a serious felony.

At the sentencing hearing, appointed counsel renewed his objection to the evidence supporting defendant's age at the time he committed the prior serious felony. The People provided a document that had not been available at the time of the prior hearing showing defendant had been 16 when he committed the prior offense.  Defendant then confirmed he wanted to stand by his prior admission that he had been 16 when he committed the prior serious felony.

In accordance with the negotiated plea, the trial court sentenced defendant to the middle term of six years in prison, doubled due to the prior serious felony conviction. The court added one consecutive year for the firearm enhancement, for a total of 13 years. The court granted the People's motion to dismiss the burglary charge and the remaining allegations.

Defendant timely appealed, indicating he based his appeal on his sentence or other matters occurring after his plea that did not affect the validity of the plea.

## DISCUSSION

We appointed counsel to represent defendant on appeal. Counsel filed an opening brief setting forth the facts of the case and, pursuant to *People v. Wende, supra*, 25 Cal.3d 436, asking this court to review the record and determine whether there are any arguable issues on appeal. Defendant was advised by counsel of the right to file a supplemental brief and he has not done so.

After independently reviewing the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

/s/
MESIWALA, J.

We concur:

/s/
HULL, Acting P. J.

/s/
WISEMAN, J.*

---

\*      Retired Associate Justice of the Court of Appeal, Fifth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.